**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SEARS AUTHORIZED HOMETOWN STORES, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11303 (BLS)<br><br>Joint Administration Requested |

**NOTICE OF AGENDA FOR HEARING ON FIRST DAY MOTIONS SCHEDULED FOR DECEMBER 14, 2022 AT 1:30 P.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE BRENDAN L. SHANNON, U.S. BANKRUPTCY COURT JUDGE**

> **THIS HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.
> COURTCALL WILL NOT BE USED TO DIAL IN.**
>
> **PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THIS CALL:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJItf-urrTojG8DJ9x9I0zsBgyZExCEyn1I**
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing log-in formation for the call.**
>
> **ALL PARTIES MUST REGISTER NO LATER THAN 9:00 A.M. (ET) ON DECEMBER 14, 2022**

1. Voluntary Petitions

    A. Sears Authorized Hometown Stores, LLC, Case No. 22-11303 (LSS) [Docket No. 1; filed: 12/12/22]

    B. Sears Hometown Stores, Inc., Case No. 22-11304 (LSS) [Docket No. 1; filed: 12/12/22]

2. Declaration of Elissa Robertson in Support of First Day Relief [Docket No. 2; filed: 12/12/22]

    Status: The declaration will be relied upon as evidentiary support for the first day matters listed below.

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Sears Authorized Hometown Stores, LLC (9641) and Sears Hometown Stores, Inc. (8358). The Debtors' mailing address is 5500 Trillium Blvd. Suite 501, Hoffman Estates, IL 60192.

40904399.1 12/13/2022

### First Day Administrative and Procedural Motions

3. Motion of the Debtors for Entry of an Order Directing Joint Administration of Chapter 11 Cases [Docket No. 3; filed: 12/12/22]

   Status: This matter is going forward.

4. Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix, and (II) Authorizing the Debtors to File a Consolidated List of the Debtors' 20 Largest Unsecured Creditors [Docket No. 4; filed: 12/12/22]

   Status: This matter is going forward.

### Retention Applications

5. Application of Debtors for Entry of an Order Pursuant to 28 U.S.C. § 156(c), Bankruptcy Code Section 105(a) and Local Rule 2002-1(f), Authorizing Appointment of Stretto, Inc. as Claims and Noticing Agent to the Debtors, Effective as of the Petition Date [Docket No. 5; filed: 12/12/22]

   Status: This matter is going forward.

### First Day Motions Pertaining to Business Operation

6. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing, But Not Directing, the Payment of Certain Prepetition Taxes and Fees, and (II) Granting Related Relief [Docket No. 6; filed: 12/12/22]

   Status: The Debtors will present an interim order, and then seek scheduling of a final hearing on the Motion.

7. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System and Bank Accounts and Payment of Related Prepetition Obligations; (II) Waiving Certain Deposit Requirements; (III) Authorizing Continued Performance of Intercompany Transactions; (IV) Granting Administrative Expense Priority to Postpetition Intercompany Claims; and (V) Granting Related Relief [Docket No. 7; filed: 12/12/22]

   Status: The Debtors will present an interim order, and then seek scheduling of a final hearing on the Motion.

8. Debtors' Motion for Entry of Interim and Final Orders, Pursuant to Sections 105(a) and 363 of the Bankruptcy Code, (I) Authorizing the Debtors to (A) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, Including Broker Fees, (B) Renew, Supplement, or Purchase Insurance Policies, and (C) Honor the Terms of the Premium Financing Agreement; (II) Authorizing Banks to

      Honor and Process Checks and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief [Docket No. 8; filed: 12/12/22]

      <u>Status</u>: The Debtors will present an interim order, and then seek scheduling of a final hearing on the Motion.

9.   Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Certain Prepetition Salary, Wages, Benefits and Other Compensation, and (B) Continue Employee Compensation and Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 9; filed: 12/12/22]

      <u>Status</u>: The Debtors will present an interim order, and then seek scheduling of a final hearing on the Motion.

10.   Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections By Utility Companies, and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service [Docket No. 10; filed: 12/12/22]

      <u>Status</u>: The Debtors will present an interim order, and then seek scheduling of a final hearing on the Motion.

11.   Motion of the Debtors for Entry of Interim and Final Orders Authorizing the Debtors to (I) Honor Gift Cards and (II) Administer Existing Customer Programs in the Ordinary Course Of Business [Docket No. 11; filed: 12/12/22]

      <u>Status</u>: The Debtors will present an interim order, and then seek scheduling of a final hearing on the Motion.

12.   Motion of the Debtors for Entry of Interim and Final Orders Authorizing the Debtors to Pay Prepetition Obligations to Dealers [Docket No. 12; filed: 12/12/22]

      <u>Status</u>: The Debtors will present an interim order, and then seek scheduling of a final hearing on the Motion.

13.   Debtors' Emergency Motion for Interim and Final Orders: (I) Authorizing the Debtors to Assume the Consulting Agreement; (II) Authorizing and Approving the Conduct of Inventory Disposition or Similar Themed Sales, with Such Sales to Be Free and Clear of All Liens, Claims and Encumbrances; (III) Authorizing and Approving Dealer Incentives and (IV) Granting Related Relief [Docket No. 13; filed: 12/12/22]

      <u>Status</u>: The Debtors will present an interim order, and then seek scheduling of a final hearing on the Motion.

**Cash Collateral Matter**

14. Motion of the Debtors for Interim and Final Agreed Orders (I) Authorizing the Use of Cash Collateral; (II) Granting Adequate Protection; (III) Modifying Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [Docket No. 14; filed: 12/12/22]

    Status: The Debtors will present an interim order, and then seek scheduling of a final hearing on the Motion.

Dated: December 13, 2022        **SAUL EWING LLP**

                    By:    */s/ Monique B. DiSabatino*
                            Mark Minuti (DE Bar No. 2659)
                            Monique B. DiSabatino (DE Bar No. 6027)
                            1201 N. Market Street, Suite 2300
                            P.O. Box 1266
                            Wilmington, DE 19899
                            Telephone: (302) 421-6800
                            mark.minuti@saul.com
                            monique.disabatino@saul.com

                            *Proposed Counsel for Debtors and Debtors in Possession*