IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEARS AUTHORIZED HOMETOWN STORES, LLC, *et al.*,[1] | ) Case No. 22-11303 (BLS) |
| | ) |
| | ) Joint Administration Requested |
| Debtors. | ) |

## AFFIDAVIT OF SERVICE

I, Ana M. Galvan, depose and say that I am employed by Stretto, the *proposed* claims and noticing agent for the Debtors in the above-captioned cases.

On December 13, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit A**, via facsimile on the service list attached hereto as **Exhibit B**, and via electronic mail on the service list attached hereto as **Exhibit C**:

- **Notice of Hearing to Consider First Day Pleadings** (Docket No. 22)

- **Notice of Agenda for Hearing on First Day Motions Scheduled for December 14, 2022 at 1:30 P.M. (Prevailing Eastern Time) before the Honorable Brendan L. Shannon, U.S. Bankruptcy Court Judge** (Docket No. 23)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: December 13, 2022

                                                                                          Ana M. Galvan

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 13th day of December 2022 by Ana M. Galvan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

NAOMI RODRIGUEZ
Notary Public - California
Orange County
Commission # 2401472
My Comm. Expires Apr 28, 2026

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Sears Authorized Hometown Stores, LLC (9641) and Sears Hometown Stores, Inc. (8358). The Debtors' mailing address is 5500 Trillium Blvd. Suite 501, Hoffman Estates, IL 60192.

# **Exhibit A**



# Exhibit A
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 3R Edwards Enterprises LLC | Attn: Wayne Edwards | 1860 N. Main St. | | Crossville | TN | 38555 | |
| A & L Lajcak Inc. | Attn: Andrew Lajcak | 811 3rd Street West | | Ashland | WI | 54806 | |
| Abacaus Advisors Group LLC | Attn: Mitch Skowronski | 175 Washington Ave Suite 3 | | Dumont | NJ | 07628 | |
| Acadia Parish School Board | S/U Tax Department | PO Drawer 309 | | Crowley | LA | 70527-0309 | |
| Adger Corporation | Attn: Adam Wamboldt | 2800 College Drive | | Rice Lake | WI | 54868 | |
| Adger Corporation | Attn: Adam Wamboldt | 301 W. Prairie View Rd | | Chippewa Falls | WI | 54729 | |
| Agilence Inc | Attn: Legal Department | 1020 Briggs Rd Suite 110 | | Mt Laurel Township | NJ | 08054 | |
| AJCK INC. | Attn: Russell Anderson | 712 S. West Street | | Olney | IL | 62450 | |
| AK Comm of Finance & Admin | State Revenue Building | Box 3566 | | Little Rock | AK | 72203 | |
| AL Department of Revenue | EFT Unit | PO Box 327950 | | Montgomery | AL | 36132-7950 | |
| AL Office of the Attorney General | Attn: Legal Department | 501 Washington Ave | | Montgomery | AL | 36104 | |
| Allen Parish School Board | S/U Tax Dept | PO Drawer190 | | Oberlin | LA | 70655 | |
| Alva Appliances LLC | Attn: Jessica Hocker | 416 S. 3rd St | | Laramie | WY | 82070 | |
| Andrew Patry | Andrew Patry | 3741 S. Ferguson Rd | | Ellensburg | WA | 98926 | |
| Appliance Alliance LLC | Attn: Valerie Budnick | 13212 N. Saguaro Blvd. | | Fountain Hills | AZ | 85268 | |
| AR Office of the Attorney General | Attn: Legal Department | 323 Center St | Suite 200 | Little Rock | AR | 72201 | |
| Ardeejay LLC | Attn: Ricky Jones | 1824 1st Avenue South | | Fort Dodge | IA | 50501 | |
| Ascension Parish | Sales Tax Authority | PO Box 1718 | | Gonzales | LA | 70707 | |
| Ash Creek Sales LLC | Attn: Starr Rozmiarek | 302 E 2nd Street | | Chadron | NE | 69337 | |
| Assumption Parish | Sales & Use Tax Department | PO Drawer 920 | | Napoleonville | LA | 70390 | |
| Avoyelles Parish Sales Tax Fund | Sales and UseTax Department | 221 Tunica Drive West | | Marksville | LA | 71351 | |
| AXIS Insurance Company | Attn: Legal Department | 10000 Avalon Blvd Suite 200 | | Alpharetta | GA | 30009 | |
| AZ Department of Revenue | Attn: Legal Department | PO Box 29010 | | Phoenix | AZ | 85038-9010 | |
| AZ Department of Revenue | Attn: Legal Department | PO Box 29079 | | Phoenix | AZ | 85038-9079 | |
| AZ Office of the Attorney General | Attn: Legal Department | 2005 N Central Ave | | Phoenix | AZ | 85004 | |
| B & L Morrison Inc. | Attn: Billy Morrison | 1320 North Main Street | | Harrison | AR | 72601 | |
| Baldwin County AL | Attn: Legal Department | PO Box 189 | | Robertsdale | AL | 36567 | |
| Batten Down LLC | Attn: Tashauna Lee | 2057 SW 4th Avenue | | Ontario | OR | 97914 | |
| BDO Seidman LLP | Attn: Dianna Lorton | 330 N Wabash Ave Suite 3200 | | Chicago | IL | 60611 | |
| Beauregard Parish LA | Sheriff's Office | PO Box 639 | | DeRidder | LA | 70634 | |
| Berkley Professional Liability | Attn: Legal Department | 757 Third Avenue 10th Floor | | New York | NY | 10017 | |
| BGB Sales LLC | Attn: Barbara Bryant | 3798 S. McKenzie Street | | Foley | AL | 36535 | |
| Bienville Parish School Board | Attn: Legal Department | PO Box746 | | Arcadia | LA | 71001 | |
| Billy Ray Venglar | Attn: Billy Venglar | 817 West Loop | | El Campo | TX | 77437 | |
| Black Hills Energy | Attn: Legal Department | 7001 Mount Rushmore Rd | | Rapid City | SD | 57702 | |
| Blackburn Investments II Inc. | Attn: Samuel Blackburn | 275 Southside Mall Road | | South Williamson | KY | 41503 | |
| Bligblue LLC | Attn: John Mitchell | 1909 E. Austin Blvd. | | Nevada | MO | 64772 | |
| BMK I Inc. | Attn: Benedict Nicklas | 1385 Bucktail Rd. | | St. Marys | PA | 15857 | |
| Board of Equalization - CA | Special Taxes & Fees Division | PO Box 942879 | | Sacramento | CA | 94279-7076 | |
| Bradanche LLC | Attn: Ray D Lingo | 23392 Sussex Highway | | Seaford | DE | 19973 | |
| Brixmor Lake Pointe Village LLC | Attn: Emily Delp | 200 Ridge Pike Suite 100 | | Conshohocken | PA | 19428 | |
| Brixmor Operating Partnership LP | Attn: Legal Department | 420 Lexington Avenue, Floor 13 | | New York | NY | 10017 | |
| Brookhaven Tools and More LLC | Attn: Emmit Allen | 222 Highway 51 North | | Brookhaven | MS | 39601 | |
| Burks Holdings Inc. | Attn: Andrew Burks | 45 Hometown Way | | Blairsville | GA | 30512 | |
| Byram Tools and More LLC | Attn: Emmit Allen | 5547 I-55 South | | Byram | MS | 39272 | |
| C & C Security Inc. | Attn: Jose Aurelio Lopez Maldonado | 49693 Harrison Street | | Coachella | CA | 92236 | |



# Exhibit A
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| CA Office of the Attorney General | Attn: Legal Department | PO Box 944255 | | Sacramento | CA | 94244-2550 | |
| CAC Specialty | c/o Cobbs Allen & Hall Inc. | 115 Office Park Drive | | Birmingham | AL | 35223 | |
| Calcasieu Parish School Board | Sales Tax Department | PO Box 2050 | | Lake Charles | LA | 70602-2050 | |
| California Franchise Tax Board | Attn: Legal Department | PO Box 942840 | | Sacramento | CA | 94240-0001 | |
| Canab II Inc | Attn: Carlos Bahamon | 3207 S US Hwy 1 | | Ft. Pierce | FL | 34982 | |
| Cannon Square LLC | c/o Prickett Jones & Elliott PA | 1310 King St | Attn: Marcus E. Montejo | Wilmington | DE | 19801 | |
| Carrdon Enterprises LLC | Attn: Donald Toy | Franklin Village Mall #19A | | Kittanning | PA | 16201 | |
| Charter Oak Fire Insurance Company | Attn: Legal Department | 1 Tower Square | | Hartford | CT | 6183 | |
| Cheng Cohen LLC | Attn: Amy Cheng | 363 W Erie St Suite 500 | | Chicago | IL | 60654 | |
| Chilly Willie LLC | Attn: Marshal Fronckowiak | 642 Railroad Steet | | Brookings | OR | 97415 | |
| City & County of Broomfield CO | Sales Tax Administration | PO Box 407 | | Broomfield | CO | 80038-0407 | |
| City County of Denver Treasury Div | Manager of Revenue | PO Box 17430 | | Denver | CO | 80217-0430 | |
| City of Alamosa CO | Attn: Legal Department | PO Box 419 | | Alamosa | CO | 81101 | |
| City of Arvada CO | Sales Tax Division | 8101 RalstonRoad | | Arvada | CO | 80002 | |
| City of Aspen CO | Attn: Legal Department | PO Box 91251 | | Denver | CO | 80291-2513 | |
| City of Auburn AL | Revenue Office | 144 Tichenor Ave, Ste 6 | | Auburn | AL | 36830 | |
| City of Aurora CO | Attn: Legal Department | PO BOX 913200 | | Aurora | CO | 80291-3200 | |
| City of Boulder CO | Attn: Legal Department | Dept 1128 | | Denver | CO | 80263-1128 | |
| City of Canon City CO | Attn: Legal Department | PO Box17946 | | Denver | CO | 80217-0946 | |
| City of Colorado Springs CO | Sales Tax Department | Dept. 2408 | | Denver | CO | 80256-0001 | |
| City of Commerce City CO | Attn: Legal Department | 7887 East 60th Ave | | Commerce City | CO | 80022 | |
| City of Cortez CO | Attn: Legal Department | 123 Roger Smith Ave | | Cortez | CO | 81321 | |
| City of Daphne AL | Attn: Legal Department | PO Drawer 1047 | | Daphne | AL | 36526-1047 | |
| City of Delta CO | Finance Dept-Sales Tax | 360 MainStreet | | Delta | CO | 81416 | |
| City of Durango CO | City Treasurer | 949 2ndAvenue | | Durango | CO | 81301 | |
| City of Ellensburg WA | Attn: Legal Department | 501 N Anderson St | | Ellensburg | WA | 98926 | |
| City of Evans CO | Attn: Legal Department | PO Box 912324 | | Denver | CO | 80291-2324 | |
| City of Fort Collins CO | Department of Finance | PO Box 440 | | Fort Collins | CO | 80522-0440 | |
| City of Glenwood Springs CO | Attn: Legal Department | 101 W 8th Street | | Glenwood Springs | CO | 81601 | |
| City of Gulf Shores AL | Revenue Department | PO Box 4089 | | Gulf Shores | AL | 36547-4089 | |
| City of Hoover AL | Attn: Legal Department | PO Box 11407 | | Birmingham | AL | 35246-0144 | |
| City of La Junta CO | Finance Dept-Sales Tax Division | PO Box 489 | | LaJunta | CO | 81050 | |
| City of Lafayette CO | Dept of Finance-City Hall | 1290 S. PublicRoad | | Lafayette | CO | 80026 | |
| City of Littleton CO | Attn: Legal Department | PO Box 1305 | | Englewood | CO | 80150-1305 | |
| City of Lone Tree CO | Attn: Legal Department | PO Box 17987 | | Denver | CO | 80217-0987 | |
| City of Longmont CO | Dept of Finance | Civic CenterComplex | | Longmont | CO | 80501 | |
| City of Loveland CO | Attn: Legal Department | PO Box 845 | | Loveland | CO | 80539-0845 | |
| City of Madison AL | Attention: Tax Collector | PO Box99 | | Madison | AL | 35758 | |
| City of Montgomery AL | c/o Department RBT#3 | PO Box 830525 | | Birmingham | AL | 35283-0525 | |
| City of Montrose CO | Finance Dept Sales Tax Div | PO Box 790, 433 South 1st Street | | Montrose | CO | 81402-0790 | |
| City of Mountain Brook AL | Attn: Legal Department | PO Box 130009 | | Mountain Brook | AL | 35213 | |
| City of New Orleans LA | Bureau of Revenue | PO Box 61840 | | New Orleans | LA | 70161-1840 | |
| City of Northport AL - Tax Division | Attn: Legal Department | PO Drawer569 | | Northport | AL | 35476 | |
| City of Orange Beach AL | Attn: Legal Department | PO Box 1159 | | Orange Beach | AL | 36561-1159 | |
| City of Pell City AL | Attn: Legal Department | 1905 - 1st Ave North | | Pell City | AL | 35125 | |
| City of Pikeville | Divison of Tax Collection | 243 Main Street | | Pikeville | KY | 41501 | |

In re: Sears Authorized Hometown Stores, LLC et al.
Case No. 22-11303 (BLS)



**Exhibit A**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| City of Portland | Attn: Legal Department | 111 SW Columbia Street #600 | | Portland | OR | 97201 | |
| City of Prattville AL | Attn: Legal Department | PO Box 680190 | | Prattville | AL | 36068 | |
| City of Robertsdale AL | Attn: Legal Department | PO Box429 | | Robertsdale | AL | 36567 | |
| City of Spearfish SD | Attn: Legal Department | 625 N 5th St | | Spearfish | SD | 57783 | |
| City of Steamboat Springs CO | Department of Finance | PO Box 772869 | | Steamboat Springs | CO | 80477 | |
| City of Sterling CO | Attn: Legal Department | PO Box 4000 | | Sterling | CO | 80751 | |
| City of Thornton CO | Attn: Legal Department | PO Box 910222 | | Denver | CO | 80291 | |
| City of Tuscaloosa AL | Alabama Revenue Department | PO Box2089 | | Tuscaloosa | AL | 35403 | |
| City of Westminster CO | Sales Tax Division | PO Box 17107 | | Denver | CO | 80217-7102 | |
| City Treasurer Rifle CO | Attn: Legal Department | PO Box1908 | | Rifle | CO | 81650 | |
| CJSTALLINGS LLC | Attn: Crystal Stallings | 26142 US Highway 70 | | Ruidoso Downs | NM | 88346 | |
| CMK Retailers LLC | Attn: Carl Coburn | 1221 North Wayne | | Angola | IN | 46703 | |
| CO Office of the Attorney General | Attn: Legal Department | Ralph L. Carr Judicial Building | 1300 Broadway 10th Floor | Denver | CO | 80203 | |
| Collector Sales Tax Dept LA | Claiborne Parish School Board | PO Box600 | | Homer | LA | 71040 | |
| Colorado Department of Revenue | Sales Tax Section | 1375 Sherman Street | | Denver | CO | 80261-2246 | |
| Colville S&S LLC | Attn: Robert Curry | 702 Hwy 395 North | | Colville | WA | 99114 | |
| Costco Innovel Solutions | Attn: Rick Jerabek | 999 Lake Dr | | Issaquah | WA | 98027 | |
| Cote & Dunton LLC | Attn: Jacob Dunton | 632 Wilton Rd. | | Farmington | ME | 04938 | |
| CPCCDAY LLC | Attn: Carl Day | 804 South 4th Street | | Danville | KY | 40422 | |
| Craig A. George | Attn: Craig George | 415 Grass Valley Highway | | Auburn | CA | 95603 | |
| Cullman County Sales Tax Department | Attn: Legal Department | PO Box 1206 | | Cullman | AL | 35056-1206 | |
| D&C Home Solutions LLC | Attn: David Randy Lowe | 101 N. Fourth St. | | Atchison | KS | 66002 | |
| D.C. - Office of Tax and Revenue | Office of Tax and Revenue | PO Box 96384 | | Washington | DC | 20090 | |
| Daniel Edward Peterson | Attn: Daniel Peterson | 1230 Airport Park Blvd. | | Ukiah | CA | 95482 | |
| David Everett Bratton | Attn: David Bratton | 717 West Park Ave | | Greenwood | MS | 38930 | |
| DC Office of Tax and Revenue | Attn: Legal Department | PO Box 96148 | | Washington | DC | 20090-6148 | |
| DE Office of Attorney General | Department of Justice | 820 N French St | Carvel State Office Building | Wilmington | DE | 19801 | |
| DeKalb County Revenue Dept. | Attn: Legal Department | 111 Grand Ave, SW, Suite #112 | | Ft. Payne | AL | 35967-1991 | |
| Delaware Secretary of State | Delaware Division of Corporations | PO Box 898 | | Dover | DE | 19903 | |
| Delaware State Treasury | Attn: Bankruptcy Department | 820 Silver Lake Blvd Suite 100 | | Dover | DE | 19904 | |
| Demoulas Super Markets Inc. | Attn: Legal Department | 875 East Street | | Tewksbury | MA | 01876 | |
| Denmark Enterprises Inc. | Attn: Stephen Denmark Jr | 411 W. Madison Street | | Starke | FL | 32091 | |
| Department of Revenue Services | State of Connecticut | PO Box 2974 | | Hartford | CT | 06104-2974 | |
| DeSoto Parish Sales Tax Commission | Attn: Legal Department | PO Box927 | | Mansfield | LA | 71052 | |
| DFC Investments LLC | Attn: Donna Cannon | 2417 S Main Street | | Moultrie | GA | 31768 | |
| Diamonds Industries LLC | Attn: Garey Jenkins | 707 North Lamar | | Oxford | MS | 38655 | |
| Diamonds Industries LLC | Attn: Garey Jenkins | 7501 Goodman Rd. | | Olive Branch | MS | 38654 | |
| Dish Wireless Holdings | Attn: Jordan Smith | 9601 S Meridian Blvd | | Englewood | CO | 80112 | |
| DLD Retail Services LLC | Attn: David Dittbrender | 69 North 28th St | | Superior | WI | 54880 | |
| DND Enterprises - LLC | Attn: Daniel Drilling | 210 1st Street South East | | Little Falls | MN | 56345 | |
| Donalyn Inc. | Attn: Zachariah Carlson | 1690 East 23rd Ave. North | | Fremont | NE | 68025 | |
| E Baton Rouge City Treasurer | Department of Finance | PO Box 2590 | | Baton Rouge | LA | 70821 | |
| East Feliciana Parish LA | Sales Tax Department | PO Box397 | | Clinton | LA | 70722 | |
| EB Management Group LLC | Attn: Ernest Binder | 2706 Vine Street | | Hays | KS | 67601 | |
| Eleve Inc. | Attn: Steven Long | 4300 - 23rd Street | | Columbus | NE | 68601 | |
| Emler Enterprise LLC | Attn: Christopher Emler | 2234 E. Shawnee Bypass | | Muskogee | OK | 74403 | |



# Exhibit A
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Empower | Attn: Legal Department | 8515 E. Orchard Road | | Greenwood Village | CO | 80111 | |
| Endurance American Insurance Co. | Attn: Legal Department | 4 Manhattanville Road, 3rd Floor | | Purchase | NY | 10577 | |
| Engie Insight Services Inc. | Attn: Todd Styren | PO Box 2440 | | Spokane | WA | 99210 | |
| Eton Huff LLC | Attn: Floyd Huff | 1621 NE Baker Street | | McMinnville | OR | 97128 | |
| Evangeline Parish LA | S/U Tax Commission | PO Box 367 | | Ville Platte | LA | 70586 | |
| Eversource Energy | Attn: Legal Department | 107 Selden St | | Berlin | CT | 6037 | |
| Filam Home Solutions LLC | Attn: Angela O'Borne | 800 South Camino Del Rio | | Durango | CO | 81301 | |
| First Insurance Funding | Attn: Legal Department | 450 Skokie Blvd. | Suite 1000 | Northbrook | IL | 60062-7917 | |
| FL Office of the Attorney General | Attn: Legal Department | The Capitol PL-01 | | Tallahassee | FL | 32399 | |
| Flanders & Flanders LLC | Attn: James Edward Flanders | 306 Riddleville Rd. | | Sandersville | GA | 31082 | |
| Flanders & Flanders LLC | Attn: James Flanders | 104 Hillcrest Parkway | | Dublin | GA | 31021 | |
| Flanders and Flanders LLC | Attn: James Flanders | 718 Northside Drive East | | Statesboro | GA | 30458 | |
| Flexprint Intermediate LLC | Attn: Legal Department | 2845 N Omaha St | | Mesa | AZ | 85215 | |
| Florida Department of Revenue | Attn: Legal Department | 5050 W Tennessee Street | | Tallahassee | FL | 32399-0100 | |
| Franchise Tax Board | Attn: Legal Department | PO Box 942857 | | Sacramento | CA | 94257-0501 | |
| Furniture Gallery Inc. | Attn: Jeremy Lewis | 1310 Silver Heights Boulevard | | Silver City | NM | 88061 | |
| GA Communications | Attn: Claudia Puerto | 2196 W Park Ct | | Stone Mountain | GA | 30087 | |
| GA Office of the Attorney General | Attn: Legal Department | 40 Capitol Sq SW | | Atlanta | GA | 30334 | |
| Georgia Department of Revenue | S/U Tax Division | PO Box105296 | | Atlanta | GA | 30346 | |
| Georgia Dept. of Revenue | Attn: Legal Department | PO Box 740397 | | Atlanta | GA | 30374-0397 | |
| Gessert Retail Enterprises LLC | Attn: Ryan Gessert | 1315 South Main Street Suite A | | Maryville | MO | 64468 | |
| Gifford Hill Group LLC | Attn: Michelle Catan | 207 River Street | | Oneonta | NY | 13820 | |
| Giraud Enterprises Inc. | Attn: Todd Giraud | 520 S. Black River | | Sparta | WI | 54656 | |
| GJH Stores L.L.C. | Attn: Gavin Hammes | 1301 W. Burlington Ave. | | Fairfield | IA | 52556 | |
| Go West LLC | Attn: Jennifer Moore | 1445 Hawk Parkway | | Montrose | CO | 81401 | |
| Google LLC | Attn: Legal Department | 1600 Amphitheatre Pkwy | | Mountain View | CA | 94043 | |
| Greensfelder Hemker & Gale PC | Attn: Legal Department | 10 S Broadway Suite 2000 | | St. Louis | MO | 63102 | |
| GS Industries LLC | Attn: Glenn Beer Sr | 123 Carla Lane | | Monticello | AR | 71655 | |
| GS Industries LLC | Attn: Glenn Beer Sr | 301 Fairview | | Crossett | AR | 71635 | |
| Guptill Enterprises L.L.C. | Attn: Jon Mickel Guptill | 1535 American Legion Rd. | | Mountain Home | ID | 83647 | |
| Hank Huitt | Attn: Hank Huitt | 3120 Avenue F | | Bay City | TX | 77414 | |
| Hawaii - Department of Taxation | Oahu District Office | PO Box 1425 | | Honolulu | HI | 96806-1425 | |
| HGII LLC | Attn: Edgar Day III | 410 Pinola Drive SE | | Magee | MS | 39111 | |
| Hilltop Hardware LLC | Attn: Brenden Riley | 123 East State Street | | Pleasantville | PA | 16341 | |
| Hometown Revival LLC | Attn: Douglas Duncan Atkinson | 3801 North Street | | Nacogdoches | TX | 75961 | |
| Huntsville City Dept of Revenue | Dept #2108 | PO Box 11407 | | Birmingham | AL | 35246-2108 | |
| IA Department of Revenue & Finance | S/U Tax Processing | PO Box 10412 | | Des Moines | IA | 50306-0412 | |
| IA Office of the Attorney General | Attn: Legal Department | Hoover State Office Building | 1305 E Walnut St Room 109 | Des Moines | IA | 50319 | |
| Iberia Parish School Board | Sales & Use Tax Department | 1500 Jane St., PO Box 9770 | | New Iberia | LA | 70562-9770 | |
| ID Office of the Attorney General | Attn: Legal Department | 700 W Jefferson St | Suite 210 | Boise | ID | 83720 | |
| Idaho State Tax Commission | Attn: Legal Department | PO Box 56 | | Boise | ID | 83756-0056 | |
| IL Office of Attorney General | Attn: Bankruptcy Department | 100 W Randolph St | James R. Thompson Center | Chicago | IL | 60601 | |
| Illinois Department of Revenue | Attn: Legal Department | Retailers OccupationTax | | Springfield | IL | 62796 | |
| IN Office of the Attorney General | Attn: Legal Department | IN Government Center South | 302 W Washington St 5th Floor | Indianapolis | IN | 46204 | |
| Indiana Department of Revenue | State Office Building | PO Box 7218 | | Indianapolis | IN | 46207-7218 | |
| Internal Revenue Service | Attn: Bankruptcy Department | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |

In re: Sears Authorized Hometown Stores, LLC et al.
Case No. 22-11303 (BLS)



**Exhibit A**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| IPFS Corporation | Attn: Legal Department | 400 Northridge Road | Suite 450 | Atlanta | GA | 30350 | |
| J Brothers Enterprises LLC | Attn: Ricky Fenoff | 1101 NW 12th Ave. | | Ava | MO | 65608 | |
| Jackson Parish LA | Sales Tax Coll Agency | 319 Jimmie Davis Parkway | | Jonesboro | LA | 71251 | |
| Jackson-Hill Corporation | Attn: Arthur Jackson | 835 Tucker Road #A and B | | Tehachapi | CA | 93561 | |
| James Aubrey Cox Jr. | Attn: James Cox Jr | 2344 East Main | | Uvalde | TX | 78801 | |
| James Brian Wright | Attn: James Wright | 322 Eureka Street | | Berryville | AR | 72616 | |
| James Pohlmann Tax Collector | St Bernard Sales Use Tax Dept | PO Box 168 | | Chalmette | LA | 70044 | |
| JAREF LLC | Attn: James Fortner | 2801 US Highway 25E | | Middlesboro | KY | 40965 | |
| JASONLINAJE INC | Attn: Jason Linaje | 11223 North Williams St. | | Dunnellon | FL | 34432 | |
| JCKW LLC | Attn: Callie Atkins | 11947 South Hwy 226 | | Spruce Pine | NC | 28777 | |
| Jeff Werner LLC | Attn: Jeffrey Werner | 2601 Central | | Dodge City | KS | 67801 | |
| Jefferson County Director Revenue | Department of Revenue | PO Box 830710 | | Birmingham | AL | 35283-0710 | |
| Jefferson Davis Parish School Board | S/U Tax Department | PO Box 1161 | | Jennings | LA | 70546 | |
| JES Incorporated | Attn: Jill Sargent | 1105 Hwy 2 West | | Kalispell | MT | 59901 | |
| Jesse Allen Taylor | Attn: Jesse Taylor | 1339 Highway 270 West | | Malvern | AR | 72104 | |
| JNS CompanyLLC | Attn: Nicole Stanley | 100 Broadway St. | | Sterling | CO | 80751 | |
| John Sharp | Comptroller of Public Accounts | PO Box 12010 | | Austin | TX | 78711-2010 | |
| Joseph Sleeper & Sons Inc. | Attn: David Sleeper | 57 Sweden Street | | Caribou | ME | 04736 | |
| Judd Enterprises LLC | Attn: David Judd | 2338 Overland Ave. | | Burley | ID | 83318 | |
| K & D of Warsaw NY Inc. | Attn: Marjorie Newland | 424 North Main St. | | Warsaw | NY | 14569 | |
| Kansas Department of Revenue | Sales and Excise Tax | 915 SW Harrison St | | Topeka | KS | 66625-5000 | |
| Kazco Properties LLC | Attn: Legal Department | 635 N. Main Street | | Spearfish | SD | 57783 | |
| Kentucky Department of Revenue | Attn: Legal Department | 501 High Street | | Frankfort | KY | 40618-0010 | |
| Kentucky State Treasurer | Attn: Legal Department | Revenue Cabinet | | Frankfort | KY | 40619-0001 | |
| Kings Row House L.L.C. | Attn: Lita King | 475 Hwy 62/412 | | Ash Flat | AR | 72513 | |
| KJKG Enterprises Inc. | Attn: Kirk Johnson | 507 4th St SW | | Mason City | IA | 50401 | |
| KJP INC. | Attn: Joseph Phelps | 1377 N. Sandhills Boulevard | | Aberdeen | NC | 28315 | |
| Kristen3565 Inc. | Attn: Kristen Dauzet | 31 South Sergeant Prentiss Dr. #3 | | Natchez | MS | 39120 | |
| KS Office of the Attorney General | Attn: Legal Department | 120 SW 10th Ave | 2nd Floor | Topeka | KS | 66612 | |
| KY Office of the Attorney General | Attn: Legal Department | Capitol Building | 700 Capitol Ave Suite 118 | Frankfort | KY | 40601 | |
| LA Dept. of Revenue & Taxation | EFT Processing | PO Box 4018 | | Baton Rouge | LA | 70821-4018 | |
| LA Office of the Attorney General | Attn: Legal Department | 1885 N Third St | | Baton Rouge | LA | 70802 | |
| Lafourche Parish School Board | Attn: Legal Department | 805 E 7th St | | Thibodaux | LA | 70301 | |
| Lake Pointe Shopping Center LP | Attn: Legal Department | 15958 City Walk | Suite 250 | Sugar Land | TX | 77479 | |
| Lap Pacific Enterprises LLC | Attn: Ian Lydic | 1467 Coffeen Avenue | | Sheridan | WY | 82801 | |
| Ledford & Sons INC. | Attn: Harold Ledford | 2919 W. Pine | | Arkadelphia | AR | 71923 | |
| Leslie A. Rakes | Attn: Leslie Rakes | 300 North Penn | | Independence | KS | 67301 | |
| Lighthouse Retail Inc. | Attn: Donna Countz | 605 West Main Street | | Clarksville | AR | 72830 | |
| Lighthouse Retail Inc. | Attn: Donna Countz | 702 Hwy 64 E | | Wynne | AR | 72396 | |
| Lighthouse Retail Inc. | Attn: Donna Countz | 905 West Main Street | | Cabot | AR | 72023 | |
| LightNor Inc. | Attn: Janet Maynor | 601 N. Commercial | | Harrisburg | IL | 62946 | |
| Lincoln Parish Sales Tax Commission | Attn: Legal Department | PO Box 863 | | Ruston | LA | 71273 | |
| Littrell LLC | Attn: Jeanette Hamilton | 370 So. Hwy 27 #9 | | Somerset | KY | 42501 | |
| Livingston Parish School Board | Sales Tax Department | PO Box 1030 | | Livingston | LA | 70754 | |
| Lloyds of London | Attn: Legal Department | 280 Park Ave E Tower 25th Fl | | New York | NY | 10017 | |
| LNB CO LLC | Attn: Hannah Dasa | 16750 South US Hwy 441 | | Summerfield | FL | 34491 | |

In re: Sears Authorized Hometown Stores, LLC et al.
Case No. 22-11303 (BLS)



# Exhibit A
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Lorac Enterprises Inc. | Attn: Gary Coleman | 170 Town Mountain Road | | Pikeville | KY | 41501 | |
| Louisiana Department of Revenue | Attn: Legal Department | PO Box 91011 | | Baton Rouge | LA | 70821-9011 | |
| Lovett & Carlson Inc. | Attn: Crystal Carlson | 445 N. Marshall | | Chapman | KS | 67431 | |
| Lucille Cooper | Attn: Lucille Cooper | 412 Avenue B | | Bogalusa | LA | 70427 | |
| LZ-DAN Stores LLC | Attn: Danny Hilton | 1190 Trade Days Blvd. | | Canton | TX | 75103 | |
| Lz-Dan Stores LLC | Attn: Danny Hilton | 836 West 7th Avenue | | Corsicana | TX | 75110 | |
| M. Tullos LLC | Attn: Mark Tullos | 118 S. Main St. | | Pleasanton | TX | 78064 | |
| Madison County Sales Tax Dept. | Attn: Legal Department | 100 North SideSquare | | Huntsville | AL | 35801 | |
| Maine Revenue Services | Sales/Excise Tax Division | PO Box 1065 | | Augusta | ME | 04332-1065 | |
| Markel American Insurance Co. | Attn: Legal Department | 4521 Highwoods Pkwy. | | Glen Allen | VA | 23068 | |
| Marric Sales Inc. | Attn: Ricardo Collins Jr | 920 South Arkansas Avenue | | Russellville | AR | 72801 | |
| Massachusetts Department of Revenue | Attn: Legal Department | PO Box 7005 | | Boston | MA | 02204 | |
| Massachusetts Dept. of Revenue | Attn: Legal Department | PO Box 7035 | | Boston | MA | 02204-7035 | |
| Mattress Recycling Council | Attn: Legal Department | PO Box 223594 | | Chantilly | VA | 20153-3594 | |
| MD Comptroller of the Treasury | Tax Admin Div Remittance Proc. | 110 Carroll Street | | Annapolis | MD | 21411-0001 | |
| MD Office of the Attorney General | Attn: Legal Department | 200 St. Paul Pl | | Baltimore | MD | 21202 | |
| ME Office of the Attorney General | Attn: Legal Department | 6 State House Station | | Augusta | ME | 04333 | |
| MI Office of the Attorney General | Attn: Legal Department | G. Mennen Williams Building | 525 W Ottawa St 7th Floor | Lansing | MI | 48933 | |
| Michigan Department of Treasury | Attn: Legal Department | PO Box 30324 | | Lansing | MI | 48909-7824 | |
| Minnesota Commissioner of Revenue | Minnesota S/U Tax | Mail Station 1110 | | St. Paul | MN | 55146-1110 | |
| Minnesota Department of Revenue | Attn: Legal Department | Mail Station 1250 600 N. Robert St. | | St. Paul | MN | 55145-1250 | |
| Mississippi Department of Revenue | Attn: Legal Department | PO Box 23191 | | Jackson | MS | 39225-3191 | |
| Mississippi State Tax Commission | Attn: Legal Department | PO Box 960 | | Jackson | MI | 39205-0960 | |
| Missouri Dept. of Revenue | Attn: Legal Department | PO Box 840 | | Jefferson City | MO | 65105-0840 | |
| MJAJ LLC | Attn: Mark Feldkamp | 220 S. Main Street | | Ottawa | KS | 66067 | |
| MM Group LLC | Attn: Medhat Adawy | 204 West Bypass | | Andalusia | AL | 36420 | |
| MM Group LLC | Attn: Medhat Adawy | 4435 N. College Ave | | Jackson | AL | 36545 | |
| MM GROUP LLC | Attn: Medhat Adawy | 621 Boll Weevil Circle #27 | | Enterprise | AL | 36330 | |
| MN Office of the Attorney General | Attn: Legal Department | 445 Minnesota St | Suite 1400 | St. Paul | MN | 55101 | |
| MO Office of the Attorney General | Attn: Legal Department | Supreme Court Building | 207 W High St | Jefferson City | MO | 65101 | |
| Mobile County AL | Attn: Legal Department | PO Drawer 161009 | | Mobile | AL | 36616 | |
| Montana Department of Revenue | Attn: Legal Department | PO Box 8021 | | Helena | MT | 59604-8021 | |
| Montana-Dakota Utilities Co. | Attn: Legal Department | 400 N Fourth St | | Bismarck | ND | 58501-4092 | |
| Montgomery County AL | Sarah G Spear Revenue Commissioner | PO Box 4779 | | Montgomery | AL | 36102-4779 | |
| Morgan County Sales Tax Office | Attn: Legal Department | PO Box1848 | | Decatur | AL | 35602 | |
| MS Office of the Attorney General | Attn: Legal Department | Walter Sillers Building | 550 High St Suite 1200 | Jackson | MS | 39201 | |
| MT Office of the Attorney General | Attn: Legal Department | 215 N Sanders | Justice Building 3rd Floor | Helena | MT | 59601 | |
| Muncipio Autonomo de San Sebastian | Attn: Legal Department | PO Box 1603 | | San Sebastian | PR | 00685 | |
| Muncipio de Bayamon | Attn: Legal Department | 2 Km 11 Hm St Ro | | Bayamon | PR | 00959 | |
| Munich Re | Attn: Legal Department | Muenchener Rueckversicherungs | Geselllschaft Koeniginstrasse 107 | Munich | | 80802 | Germany |
| Municipio Autonomo de Humacao | Attn: Legal Department | PO Box 178 | | Humacao | PR | 00792 | |
| Municipio Autonomo de Manati | Attn: Legal Department | 10 Calle Quinonez Hacienda Muni | | Manati | PR | 00674 | |
| Municipio de Toa Baja | Attn: Legal Department | PO Box 70116 | | San Juan | PR | 00936-8118 | |
| Natchitoches Tax Commission | Attn: Legal Department | PO Box 639 | | Natchitoches | LA | 71458-0639 | |
| Navigators Insurance Co. | Attn: Legal Department | 1 Penn Plaza, 32nd Floor | | New York | NY | 10119 | |

In re: Sears Authorized Hometown Stores, LLC et al.
Case No. 22-11303 (BLS)



# Exhibit A
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| NC Office of the Attorney General | Attn: Legal Department | 114 W Edenton St | | Raleigh | NC | 27603 | |
| NE Office of the Attorney General | Attn: Legal Department | 2115 State Capitol | | Lincoln | NE | 68509 | |
| Nebraska Department of Revenue | Attn: Legal Department | PO Box 98923 | | Lincoln | NE | 68509-8923 | |
| Nevada Department of Taxation | Attn: Legal Department | PO Box 52609 | | Phoenix | AZ | 85072-2609 | |
| Nextopia Software Corporation | Attn: Legal Department | 260 King St E A200 | | Toronto | ON | M5A 4L5 | Canada |
| NH Dept of Revenue Administration | Attn: Legal Department | PO Box 637 | | Concord | NH | 03302-0637 | |
| NH Office of Attorney General | Attn: Bankruptcy Department | 33 Capitol St | NH Department of Justice | Concord | NH | 03301 | |
| NM Office of the Attorney General | Attn: Legal Department | 408 Galisteo St | Villagra Building | Santa Fe | NM | 87501 | |
| NM Taxation and Revenue Department | Attn: Legal Department | PO Box 25127 | | Santa Fe | NM | 87504-5127 | |
| North Carolina Dept of Revenue | Attn: Legal Department | PO Box 25000 | | Raleigh | NC | 27640-0500 | |
| North Carolina Dept. of Revenue | Attn: Legal Department | PO Box 25000 | | Raleigh | NC | 27640-0100 | |
| North Carolina Dept. of Revenue | S/U Tax Division | PO Box 25000 | | Raleigh | NC | 27640-0100 | |
| North Dakota Tax Commissioner | Office of State Tax Commissioner | 600 E. Boulevard Ave., Dept. 127 | | Bismarck | ND | 58505-0553 | |
| Norwalk Appliance Tools Lawn | Attn: James Graves | 60 E. Main Street | | Norwalk | OH | 44857 | |
| NY Dept of Revenue | c/o Sales Tax Processing | PO Box 15172 | | Albany | NY | 12212-5173 | |
| NY Office of the Attorney General | Attn: Legal Department | The Capitol | | Albany | NY | 12224 | |
| NYC Department of Finance | Attn: Legal Department | PO Box 3933 | | New York | NY | 10008-3933 | |
| NYS Corporation Tax | Attn: Legal Department | PO Box 15181 | | Albany | NY | 12212-5181 | |
| OH Office of the Attorney General | Attn: Legal Department | State Office Tower | 30 E Broad St 14th Floor | Columbus | OH | 43215 | |
| Ohio Dept. of Taxation | Sales Tax | 30 E. Broad St. - 20th Floor | | Columbus | OH | 43215 | |
| OK Office of the Attorney General | Attn: Legal Department | 313 NE 21St St | | Oklahoma City | OK | 73105 | |
| Oklahoma Tax Commission | Attn: Legal Department | PO Box 26800 | | Oklahoma City | OK | 73126-0800 | |
| Oklahoma Tax Commission | Business Tax Division | PO Box 26850 | | Oklahoma City | OK | 73126-0850 | |
| OR Office of Attorney General | Attn: Bankruptcy Department | 1162 Court St NE | | Salem | OR | 97301 | |
| Oregon Department of Revenue | Attn: Legal Department | PO Box 14950 | | Salem | OR | 97309-0950 | |
| Ouachita Parish c/o M. J. Cook | Sales Tax Collector | PO Box 123 | | Monroe | LA | 71210 | |
| Ousley's LLC | Attn: Wade Ousley | 2908 Citizens Parkway | | Selma | AL | 36701 | |
| PA Office of the Attorney General | Attn: Legal Department | Strawberry Square | 16th Floor | Harrisburg | PA | 17120 | |
| Parish of East Carroll LA | S/U Tax Department | PO Box130 | | Vidalia | LA | 71373 | |
| Parish of St. Mary LA | Sales & Use Tax Department | PO Box 1279 | | Morgan City | LA | 70381 | |
| Paychex Inc. | Attn: Legal Department | 911 Panorama Trail S | | Rochester | NY | 14625 | |
| Peek Enterprises | Attn: Nini Constandi | 19 Washington Square Mall, | | Chestertown | MD | 21620 | |
| Pennsylvania Dept. of Revenue | Bureau of Receipts and Control | Department 280406 | | Harrisburg | PA | 17128-0406 | |
| Phoenix Insurance Co. | Attn: Legal Department | 1 Tower Sq | | Hartford | CT | 06183-0001 | |
| PNC Bank N.A. | c/o Blank Rome LLP | One Logan Square 130 N 18th St | Attn: Michael C. Graziano | Philadelphia | PA | 19103 | |
| Potter Anderson & Corroon LLP | Attn: Berton W. Ashman | 800 N State St Suite 304 | | Dover | DE | 19901 | |
| PR Department of the Treasury | Sales & Use Tax Bureau | PO Box 9024140 | | San Juan | PR | 00902-4140 | |
| PR Office of Attorney General | Attn: Legal Department | PO Box 9020192 | Esq. Ave. Jesús T. Piñero | San Juan | PR | 00902-0192 | |
| Pruett Acme Cannonball | Attn: Terry Pruett | 685-A Highway 101 | | Florence | OR | 97439 | |
| R & J Bailey Limited Liability | Attn: Elyhanna Montes | 609 S. Canyon | | Carlsbad | NM | 88220 | |
| R & V Nand Inc. | Attn: Vinesh Nand | 220 Center St. | | Taft | CA | 93268 | |
| R&L Sales Inc. | Attn: William Fridell Jr | 150 Garden Oaks Drive | | Camden | AR | 71701 | |
| Ramos Ivelisse Cardona | Attn: Ivelisse Cardona Ramos | Ferram Plaza | | Aguadilla | PR | 00603 | |
| Rapides Parish LA | Sales & Use Tax Department | PO Box 60090 | | New Orleans | LA | 70160-0090 | |
| RBN LLC | Attn: Brian Belanger | 65 Northgate Plaza suite 15 | | Morrisville | VT | 05661 | |
| Red River Tax Agency | Attn: Legal Department | PO Box 570 | | Coushatta | LA | 71019-0570 | |
| Reid's Appliances LLC | Attn: Michael Reid | 1908 2nd Ave. E. | | Oneonta | AL | 35121 | |



# Exhibit A
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Rhodes Ventures L.L.C. of Deridder | Attn: Larry Rhodes | 1339 North Pine | | Deridder | LA | 70634 | |
| Ring Central Inc. | Attn: Legal Department | 20 Davis Dr | | Belmont | CA | 94002 | |
| RJW L.L.C. | Attn: Robert Wears | 2821 West 3rd Street | | Elk City | OK | 73648 | |
| RLC Cooperative LLC | Attn: Marco Salazar | 2580 Highway 95 Suite #114 | | Bullhead City | AZ | 86442 | |
| Roy Brothers Oil & Propane | Attn: Legal Department | 4 S Main St | | Ashburnham | MA | 01430 | |
| RR Donnelley | Attn: Daniel Weberski | 4101 Winfield Rd 5th Floor | | Warrenville | IL | 60555 | |
| Ruholl Family Corporation | Attn: Randy Ruholl | 1306 Thelma Keller Avenue | | Effingham | IL | 62401 | |
| Sabine Parish LA | S/U Tax Commission | PO Box249 | | Many | LA | 71449 | |
| Sales Tax Office of St. John | Attn: Legal Department | PO Box 2066 | | LaPlace | LA | 70069 | |
| Samir F. Abdalla | Attn: Samir Abdalla | 1701 Soscol Ave | | Napa | CA | 94559 | |
| SD Office of Attorney General | Attn: Bankruptcy Department | 1302 E Hwy 14 Suite 1 | | Pierre | SD | 57501 | |
| Sears Authorized Hometown Stores | Attn: Store Manager | 1611 Virginia Avenue | | North Bend | OR | 97459 | |
| Securities and Exchange Commission | Attn: Bankruptcy Department | 100 F Street NE | | Washington | DC | 20549 | |
| Securities and Exchange Commission | Attn: Regional Director | 200 Vesey St Suite 400 | NY Regional Office Brookfield Place | New York | NY | 10281-1022 | |
| Sharon Cecilia Lyons | Attn: Sharon Lyons | 15875 Dam Road Ext. | | Clearlake | CA | 95422 | |
| Shelby AL Business Revenue Office | Attn: Legal Department | 200 West College Street Room 115 | | Columbiana | AL | 35051 | |
| Short Family LLC | Attn: Chris Short | 2395 State Rd 7 | | Cobleskill | NY | 12043 | |
| Shreveport Sales Tax Commission | Attn: Legal Department | PO Box 104 | | Shreveport | LA | 71161 | |
| South Carolina Tax Commission | Solid Waste Excise Tax | PO Box125 | | Columbia | SC | 29214 | |
| South Dakota Department of Revenue | Sales Tax Division Remittance Ctr | PO Box 5055 | | Sioux Falls | SD | 57117-5055 | |
| Springfield Sign & Graphic | Attn: Hailey Erter | 4825 E Kearney St | | Springfield | MO | 65803 | |
| St. Charles Parish School Board | Sales & Use Tax Department | 13855 River Road | | Luling | LA | 70070 | |
| St. Clair County Sales Tax | Attn: Legal Department | 165 5th Avenue Suite 102 | | Ashville | AL | 35953 | |
| St. Helena Parish | St Helena Sheriff & Collector | PO 1205 | | Greensburg | LA | 70441 | |
| St. James Parish School Board | Attn: Legal Department | PO Box 368 | | Lutcher | LA | 70071 | |
| St. Landry Parish School Board | Sales Tax Division | PO Box1210 | | Opelousas | LA | 70571 | |
| St. Tammany Parish - Tax Collector | Parish of St Tammany | PO Box 61041 | | Slidell | LA | 70161-1041 | |
| Starr Indemnity & Liability Co. | Attn: Legal Department | 399 Park Avenue, 2nd Floor | | New York, New York | | 10022 | |
| State of Connecticut | Department of Revenue Services | 25 Sigourney St., PO Box 5031 | | Hartford | CT | 06102-5031 | |
| State of Connecticut | Dept of Revenue Services | 25 Sigourney St., PO Box 2980 | | Hartford | CT | 06104-2980 | |
| State of Delaware | Division of Revenue | PO Box 2340 | | Wilmington | DE | 19899-2340 | |
| State of New Mexico | Taxation & Revenue Department | PO Box 630 | | Santa Fe | NM | 87509 | |
| State of NJ Division of Taxation | Sales & Use Tax | PO Box 999 | | Trenton | NJ | 08646-0999 | |
| State of Rhode Island | Division of Taxation | One Capitol Hill | | Providence | RI | 02908 | |
| State of Rhode Island | Division of Taxation | One Capitol Hill | | Providence | RI | 02908-5802 | |
| State of South Carolina | Dept of Revenue & Taxation | PO Box 125 | | Columbia | SC | 29214-0102 | |
| State of Washington | Department of Revenue | PO Box 34053 | | Seattle | WA | 98130-0065 | |
| State Tax Commission | Department of Revenue and Taxation | 700 W. State St., PO Box76 | | Boise | ID | 83707 | |
| SUZ Co. | Attn: Chris Jacques | 901 W. Morton Avenue | | Jacksonville | IL | 62650 | |
| Sycamore Center Dekalb LLC | Attn: Legal Department | 3333 Richmond Road, Suite 350 | | Beechwood | OH | 44122 | |
| Sycamore Center Dekalb LLC | Attn: Shari Juratovac | 3333 Richmond Rd Suite 350 | | Beachwood | OH | 44122 | |
| Sylvester Enterprises LLC | Attn: James Sylvester | 105 West 24th Street | | Connersville | IN | 47331 | |
| T & E CRUZ INC. | Attn: Tomas Cruz | 1507 West 5th Street | | Plainview | TX | 79072 | |
| T.K.W. LLC | Attn: Teresa Wilson | 1005 Highway #49 West | | West Helena | AR | 72390 | |
| Tangipahoa Parish School System | Sales Tax Division | PO Box 159 | | Amite | LA | 70422-0159 | |
| Tennessee Dept. of Revenue | Andrew Jackson State OfficeBldg | 500 Deaderick Street | | Nashville | TN | 37242-0600 | |
| Thomas Hometown Sales & Service | Attn: Martin David Thomas | 1598 US Route 302 - Berlin | | Barre | VT | 05641 | |
| Thomas Hometown Sales LLC | Attn: Martin David Thomas | 1002 West Cumberland Street | | Dunn | NC | 28334 | |
| TigerCapital BRileyRetail & SB360 | c/o Bayard PA | 600 N King St Suite 400 | Attn: Erin R. Fay & Steven D. Adler | Wilmington | DE | 19801 | |
| TN Office of the Attorney General | Attn: Legal Department | 301 6th Ave N | | Nashville | TN | 37243 | |
| Total Quality Logistics | Attn: Legal Department | 4289 Ivy Pointe Blvd | | Cincinnati | OH | 45245 | |
| Town of Avon CO | Attn: Legal Department | PO Box 151590 | | Lakewood | CO | 80215-8501 | |
| Town of Breckinridge CO | Attn: Legal Department | PO Box 1237 | | Breckinridge | CO | 80424 | |
| Town of Castle Rock CO | Attn: Legal Department | PO Box 17906 | | Denver | CO | 80217 | |

In re: Sears Authorized Hometown Stores, LLC et al.
Case No. 22-11303 (BLS)

Page 8 of 10



# Exhibit A
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Town of Crested Butte CO | Attn: Legal Department | PO Box 39 | | Crested Butte | CO | 81224 | |
| Town of Frisco CO | Attn: Legal Department | PO Box 4100 1st and Main St | | Frisco | CO | 80443 | |
| Town of Gunnison CO | Attn: Legal Department | PO Box 239 | | Gunnison | CO | 81230 | |
| Town of Louisville CO | Sales Tax Division | 749 Main Street | | Louisville | CO | 80027 | |
| Town of Mt. Crested Butte CO | Attn: Legal Department | PO Box 5800 | | Mt. Crested Butte | CO | 81225-5800 | |
| Town of Parker CO | Sales Tax Administration | PO Box 5602 | | Denver | CO | 80217-5602 | |
| Town of Ridgeway CO | Attn: Legal Department | PO Box 10 | | Ridgeway | CO | 81432 | |
| Town of Snowmass Village CO | Attn: Legal Department | PO Box 5010 | | Snowmass Village | CO | 81615 | |
| Town of Telluride CO | Attn: Legal Department | PO Box 1704 | | Telluride | CO | 81435-1704 | |
| Town of Vail CO | Attn: Legal Department | 75 So Frontage Road | | Vail | CO | 81657 | |
| Transform Midco LLC & Subsidiaries | c/o Morris Nichols Arsht & Tunnell | 1201 N Market St Suite 1600 | Attn: D. Abbott & S. R. Churchill | Wilmington | DE | 19801 | |
| Transform SR Acceptance LLC | c/o Wachtell Lipton Rosen & Katz | 51 W 52nd St | Attn: Neil M. Snyder | New York | NY | 10019 | |
| Travelers Indemnity Company America | Attn: Legal Department | 1 Tower Square | | Hartford | CT | 06183 | |
| Travelers Prop Casualty Co. America | Attn: Legal Department | 1 Tower Square | | Hartford | CT | 06183 | |
| Tuscaloosa County Special Tax Board | Sales Tax Department | PO Box 20738 | | Tuscaloosa | AL | 35402-0738 | |
| TX Comptroller of Public Accounts | Attn: Legal Department | PO Box 149348 | | Austin | TX | 78714-9348 | |
| TX Office of Attorney General | Attn: Bankruptcy Department | 300 W 15th St | | Austin | TX | 78701 | |
| TXU Energy | Attn: Legal Department | 6555 Sierra Dr | | Irving | TX | 75039 | |
| Union Parish Sales Tax Commission | Attn: Legal Department | PO Box 903 | | Ruston | LA | 71273-0903 | |
| US Attorney Central District of IL | Bankruptcy | 318 S Sixth St | | Springfield | IL | 62701 | |
| US Attorney Central District of IL | Peoria Office Bankruptcy | 211 Futon St Suite 400 | One Technology Plaza | Peoria | IL | 61602 | |
| US Attorney Central District of IL | Rock Island Office Bankruptcy | 1830 Second Ave Suite 250 | Star Cres Building | Rock Island | IL | 61201 | |
| US Attorney Central District of IL | Urbana Office Bankruptcy | 201 S Vine St Suite 226 | | Urbana | IL | 61802 | |
| US Attorney District of NH | Bankruptcy | 53 Pleasant St 4th Floor | | Concord | NH | 03301 | |
| US Attorney District of OR | Medford Branch Office Bankruptcy | 310 West Sixth | | Medford | OR | 97501 | |
| US Attorney District of Oregon | Eugene Branch Office Bankruptcy | 405 E 8th Ave Suite 2400 | | Eugene | OR | 97401 | |
| US Attorney District of Oregon | Portland District office Bankruptcy | 1000 SW Third Ave Suite 600 | | Portland | OR | 97204 | |
| US Attorney District of SD | Bankruptcy | PO Box 2638 | | Sioux Falls | SD | 57101-2638 | |
| US Attorney District of SD | Pierre Office Bankruptcy | PO Box 7240 | | Pierre | SD | 57501 | |
| US Attorney District of SD | Rapid City Office Bankruptcy | 201 Federal Building 515 Ninth St | | Rapid City | SD | 57701 | |
| US Attorney Eastern District of TX | Beaumont Office Bankruptcy | 550 Fannin Suite 1250 | | Beaumont | TX | 77701 | |
| US Attorney Eastern District of TX | Lufkin Office Bankruptcy | 415 S 1st St Suite 201 | | Lufkin | TX | 75901 | |
| US Attorney Eastern District of TX | Plano Office Bankruptcy | 101 E Park Blvd Suite 500 | | Plano | TX | 75074 | |
| US Attorney Eastern District of TX | Sherman Office Bankruptcy | 600 E Taylor St Suite 2000 | | Sherman | TX | 75090 | |
| US Attorney Eastern District of TX | Texarkana Office Bankruptcy | 500 State Line Ave N Suite 402 | | Texarkana | TX | 75501 | |
| US Attorney Eastern District of TX | Tyler Office Bankruptcy | 110 North College Suite 700 | | Tyler | TX | 75702 | |
| US Attorney Eastern District of WA | Spokane Main Office Bankruptcy | 920 W Riverside Ave Suite 340 | | Spokane | WA | 99201 | |
| US Attorney Eastern District of WA | Spokane Main Office Bankruptcy | PO Box 1494 | | Spokane | WA | 99201 | |
| US Attorney Eastern District of WA | Yakima Branch Office Bankruptcy | 402 E Yakima Ave Suite 210 | | Yakima | WA | 98901 | |
| US Attorney Eastern District of WI | Green Bay Branch Office Bankruptcy | 205 Doty St Suite 301 | | Green Bay | WI | 54301 | |
| US Attorney Eastern District of WI | Milwaukee Main Office Bankruptcy | 517 E Wisconsin Ave Suite 530 | | Milwaukee | WI | 53202 | |
| US Attorney Northern District of IL | Eastern Div Chicago Bankruptcy | 219 S Dearborn St Suite 500 | | Chicago | IL | 60604 | |
| US Attorney Northern District of IL | Western Div Rockford Bankruptcy | 327 S Church St Suite 3300 | | Rockford | IL | 61101 | |
| US Attorney Northern District of TX | Amarillo Office Bankruptcy | 500 S Taylor St Suite 300 | Amarillo National Plaza Two | Amarillo | TX | 79101-2446 | |
| US Attorney Northern District of TX | Dallas Office Bankruptcy | 1100 Commerce St 3rd Floor | | Dallas | TX | 75242-1699 | |
| US Attorney Northern District of TX | Fort Worth Office Bankruptcy | 801 Cherry St Unit 4 | Burnett Plaza Suite 1700 | Fort Worth | TX | 76102-6882 | |
| US Attorney Northern District of TX | Lubbock Office Bankruptcy | 1205 Texas Ave Suite 700 | | Lubbock | TX | 79401-40024 | |
| US Attorney Southern District of IL | Benton Branch Office Bankruptcy | 402 W Main St Suite 2A | | Benton | IL | 62812 | |
| US Attorney Southern District of IL | East St. Louis Branch Bankruptcy | 750 Missouri Ave 3rd Floor | | East St. Louis | IL | 62201 | |
| US Attorney Southern District of IL | Fairview Heights Office Bankruptcy | 9 Executive Dr | | Fairview Heights | IL | 62208 | |
| US Attorney Southern District of TX | Brownsville Division Bankruptcy | 600 E Harrison Suite 201 | | Brownsville | TX | 78520-5106 | |
| US Attorney Southern District of TX | Corpus Christi Division Bankruptcy | 800 N Shoreline Blvd Suite 500 | One Shoreline Plaza South Tower | Corpus Christi | TX | 78401 | |
| US Attorney Southern District of TX | Houston Division Bankruptcy | 1000 Louisiana Suite 2300 | | Houston | TX | 77002 | |
| US Attorney Southern District of TX | Laredo Division Bankruptcy | PO Box 1179 | | Laredo | TX | 78042-1179 | |

In re: Sears Authorized Hometown Stores, LLC et al.
Case No. 22-11303 (BLS)

Page 9 of 10



# Exhibit A
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| US Attorney Southern District of TX | McAllen Division Bankruptcy | 1701 W Highway 83 Suite 600 | Bentsen Tower | McAllen | TX | 78501-5160 | |
| US Attorney Western District of TX | Alpine Office Bankruptcy | 2500 N Highway 118 Suite 200 | | Alpine | TX | 79830 | |
| US Attorney Western District of TX | Austin Office Bankruptcy | 903 San Jacinto Blvd Suite 334 | | Austin | TX | 78701 | |
| US Attorney Western District of TX | Del Rio Office Bankruptcy | 111 E Broadway Room A306 | | Del Rio | TX | 78840 | |
| US Attorney Western District of TX | El Paso Office Bankruptcy | 700 E San Antonio Suite 200 | | El Paso | TX | 79901 | |
| US Attorney Western District of TX | Midland Office Bankruptcy | 400 W Illinois St Suite 1200 | | Midland | TX | 79701 | |
| US Attorney Western District of TX | San Antonio Office Bankruptcy | 601 NW Loop 410 Suite 600 | | San Antonio | TX | 78216 | |
| US Attorney Western District of TX | Waco Office Bankruptcy | 800 Franklin Ave Suite 280 | | Waco | TX | 76701 | |
| US Attorney Western District of WA | Seattle Main Office Bankruptcy | 700 Stewart St Suite 5220 | | Seattle | WA | 98101-1271 | |
| US Attorney Western District of WA | Tacoma Branch Office Bankruptcy | 1201 Pacific Ave Suite 700 | | Tacoma | WA | 98402-4305 | |
| US Attorney Western District of WI | Bankruptcy | 222 W Washington Ave Suite 700 | | Madison | WI | 53703 | |
| US Attorneys Office District of DE | Attn: Bankruptcy Department | 1313 N Market St Suite 400 | Hercules Building | Wilmington | DE | 19801 | |
| US Trustee for District of Delaware | Attn: Joseph F. Cudia | 844 King St Suite 2207 Lockbox 35 | | Wilmington | DE | 19801 | |
| Utah State Tax Commission | Attn: Legal Department | 210 North 1950 West | | Salt Lake City | UT | 84134-0300 | |
| Utah State Tax Commission | Attn: Legal Department | 210 North 1950 West | | Salt Lake City | UT | 84134 | |
| Vermillion Parish School Board | S/U Tax Department | PO Drawer520 | | Abbeville | LA | 70511 | |
| Vermont Business Tax Division | Attn: Legal Department | PO Box 547 | | Montpelier | VT | 05601 | |
| Vermont Department of Taxes | Attn: Legal Department | 133 State Street | | Montpelier | VT | 05633-1401 | |
| Vernon Parish Sales Tax Dept. | Attn: Legal Department | 117 BelviewRd | | Leesville | LA | 71446 | |
| Virginia Department of Taxation | Processing Oper S/U Tax | PO Box 5145 | | Richmond | VA | 23220-0145 | |
| VT Office of the Attorney General | Attn: Legal Department | 109 State St | | Montpelier | VT | 05609 | |
| WA Office of Attorney General | Attn: Bankruptcy Department | 1125 Washington St SE | | Olympia | WA | 98501 | |
| Washington Parish Sheriff's Office | Sales & Use Tax Department | PO Drawer508 | | Franklinton | LA | 70438 | |
| Washtenaw Golfside Holdings LLC | Attn: Ala Hasan | 14283 Fenton Road | | Fenton | MI | 48430 | |
| Weavercorp | Attn: Sidney Weaver | 239 Walker Rd. | | Alamosa | CO | 81101 | |
| Webster Parish School Board | Manager Sales Tax Department | PO Box 357 | | Minden | LA | 71058-0357 | |
| Werner Hometown LLC | Attn: Trevor Werner | 2110 Market Lane | | Norfolk | NE | 68701 | |
| Wesco Insurance Co | Attn: Legal Department | 59 Maiden Lane | | New York | NY | 10038 | |
| West Baton Rouge Parish | Attn: Legal Department | PO Box 86 | | Port Allen | LA | 70767-0086 | |
| Whirlpool | Attn: James J Van De Wege | 2000 N M63 | | Benton Harbor | MI | 49022 | |
| WI Office of Attorney General | Attn: Bankruptcy Department | 114 E State Capitol | | Madison | WI | 53702 | |
| Wichita County & Wichita Falls ISD | c/o Perdue Brandon Fielder Collins | PO Box 8188 | Attn: Mollie Lerew | Wichita Falls | TX | 76307 | |
| Windstream Corp | Attn: Legal Department | 4001 N Rodney Parham Rd | | Little Rock | AR | 72212-2442 | |
| Wisconsin Department of Revenue | Attn: Legal Department | PO Box 8908 | | Madison | WI | 53708-8908 | |
| Wisconsin Department of Revenue | Attn: Legal Department | PO Box 93389 | | Milwaukee | WI | 53293-0389 | |
| WV Dept of Tax and Revenue | Attn: Legal Department | PO Box 11895 | | Charleston | WV | 25339-1895 | |
| WY Department of Revenue & Taxation | Herschler Building | 122 West 25th Street | | Cheyenne | WY | 82002-0110 | |
| WY Office of the Attorney General | Attn: Legal Department | Kendrick Building | 2320 Capitol Ave | Cheyenne | WY | 82002 | |
| Yoo Jin Lodging Inc. | Attn: Legal Department | 1629 W 11th Ave | | Anchorage | AK | 99501 | |

In re: Sears Authorized Hometown Stores, LLC et al.
Case No. 22-11303 (BLS)

Page 10 of 10

# **<u>Exhibit B</u>**



## Exhibit B
Served via Facsimile

| Name | Attention | Fax |
|---|---|---|
| Alabama Office of the Attorney General | | 334-242-2433 |
| Arizona Office of the Attorney General | | 602-542-4085 |
| Arkansas Office of the Attorney General | | 501-682-8084 |
| CAC Specialty | c/o Cobbs Allen & Hall Inc. | 205-414-8100 |
| California Office of the Attorney General | | 916-323-5341 |
| Colorado Office of the Attorney General | | 720-508-6030 |
| Delaware Office of the Attorney General | Department of Justice | 302-577-6630 |
| First Insurance Funding | | 800-837-3709 |
| Florida Office of the Attorney General | | 850-488-4872 |
| Georgia Office of the Attorney General | | 404-657-8733 |
| Idaho Office of the Attorney General | | 208-854-8071 |
| Indiana Office of the Attorney General | | 317-232-7979 |
| Iowa Office of the Attorney General | | 515-281-4209 |
| IPFS Corporation | | 770-225-2866 |
| Kansas Office of the Attorney General | | 785-296-6296 |
| Kentucky Office of the Attorney General | | 502-564-2894 |
| Louisiana Office of the Attorney General | | 225-326-6499 |
| Michigan Office of the Attorney General | | 517-373-3042 |
| Missouri Office of the Attorney General | | 573-751-0774 |
| Montana Office of the Attorney General | | 406-444-3549 |
| Nebraska Office of the Attorney General | | 402-471-3297 |
| New Hampshire Office of the Attorney General | | 603-271-2110 |
| New Mexico Office of the Attorney General | | 505-827-5826 |
| New York Office of the Attorney General | | 866-413-1069 |
| North Carolina Office of the Attorney General | | 919-716-6050 |
| Office of the U.S. Trustee for the District of Delaware | Attn: Joseph F. Cudia | 302-573-6497 |
| Oklahoma Office of the Attorney General | | 405-521-6246 |
| Oregon Office of the Attorney General | | 503-378-4017 |
| Pennsylvania Office of the Attorney General | | 717-787-3391 |
| South Dakota Office of the Attorney General | | 605-773-4106 |
| Tennessee Office of the Attorney General | | 615-741-2009 |
| Texas Office of the Attorney General | | 512-475-2994 |
| Transform Midco LLC and Subsidiaries | c/o Wachtell Lipton Rosen & Katz and Morris Nichols Arsht & Tunnell LLP | 302-658-3989 |
| U.S. Attorneys Office for the Central District of Illinois | Peoria Office Bankruptcy Unit | 309-671-7259 |
| U.S. Attorneys Office for the Central District of Illinois | Rock Island Office Bankruptcy Unit | 309-793-5895 |
| U.S. Attorneys Office for the Central District of Illinois | Urbana Office Bankruptcy Unit | 217-373-5891 |
| U.S. Attorneys Office for the District of New Hampshire | Bankruptcy Unit | 603-225-1470 |
| U.S. Attorneys Office for the Eastern District of Washington | Spokane Main Office Bankruptcy Unit | 509-835-6397 |
| U.S. Attorneys Office for the Eastern District of Washington | Yakima Branch Office Bankruptcy Unit | 509-249-3297 |

In re: Sears Authorized Hometown Stores, LLC et al.
Case No. 22-11303 (BLS)

Page 1 of 1

# **Exhibit C**



## Exhibit C
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Abacaus Advisors Group LLC | Attn: Mitch Skowronski | | mskowronski@sb360.com |
| Arizona Office of the Attorney General | | | aginfo@azag.gov |
| BDO Seidman LLP | Attn: Dianna Lorton | | dlorton@bdo.com |
| Brixmor Lake Pointe Village LLC | Attn: Emily Delp | | emily.delp@brixmor.com |
| California Office of the Attorney General | | | bankruptcy@coag.gov |
| Cannon Square, LLC | c/o Prickett Jones & Elliott PA | Attn: Marcus E. Montejo, Esq. | memontejo@prickett.com |
| Cheng Cohen LLC | Attn: Amy Cheng | | amy.cheng@chengcohen.com |
| Costco Innovel Solutions | Attn: Rick Jerabek | | rjerabek@costco.com |
| Delaware Office of the Attorney General | Department of Justice | | attorney.general@state.de.us |
| Delaware Secretary of State | Delaware Division of Corporations | | dosdoc_bankruptcy@state.de.us |
| Delaware State Treasury | | | statetreasurer@state.de.us |
| Dish Wireless Holdings | Attn: Jordan Smith | | jordan.smith@dish.com |
| Engie Insight Services Inc. | Attn: Todd Styren | | todd.styren@engie.com |
| Flexprint Intermediate LLC | | | info@flexprintinc.com |
| GA Communications | Attn: Claudia Puerto | | claudia.puerto@purered.net |
| Maryland Office of the Attorney General | | | oag@oag.state.md.us |
| Michigan Office of the Attorney General | | | miag@michigan.gov |
| Minnesota Office of the Attorney General | | | attorney.general@ag.state.mn.us |
| Missouri Office of the Attorney General | | | attorney.general@ago.mo.gov |
| Nebraska Office of the Attorney General | | | nedoj@nebraska.gov |
| New Hampshire Office of the Attorney General | | | attorneygeneral@doj.nh.gov |
| Office of the U.S. Trustee for the District of Delaware | Attn: Joseph F. Cudia | | ustpregion03.wl.ecf@usdoj.gov<br>joseph.cudia@usdoj.gov |
| PNC Bank, N.A. | c/o Blank Rome LLP | Attn: Michael C. Graziano, Esq., & Regina Stango Kelbon, Esq. | michael.graziano@blankrome.com<br>regina.kelbon@blankrome.com |
| Potter Anderson & Corroon LLP | Attn: Berton W. Ashman, Jr. | | bashman@potteranderson.com |
| RR Donnelley | Attn: Daniel Weberski | | daniel.e.weberski@rrd.com |
| Securities and Exchange Commission | Attn: Regional Director | | bankruptcynoticeschr@sec.gov<br>nyrobankruptcy@sec.gov |
| Springfield Sign & Graphic | Attn: Hailey Erter | | haileee@springfieldsign.com |
| Sycamore Center Dekalb, LLC | Attn: Shari Juratovac | | sjuratovac@midamco.com |
| Tiger Capital Group, LLC, B. Riley Retail Solutions, LLC, and SB360 Capital Partners, LLC | c/o Bayard, PA | Attn: Erin R. Fay & Steven D. Adler | efay@bayardlaw.com<br>sadler@bayardlaw.com<br>kmccloskey@bayardlaw.com |
| Total Quality Logistics | | | clientservices@tql.com |
| Transform Midco LLC and Subsidiaries | c/o Wachtell Lipton Rosen & Katz and Morris Nichols Arsht & Tunnell LLP | Attn: Derek C. Abbott, Esq. & Sophie Rogers Churchill, Esq. | dabbott@morrisnichols.com<br>srchurchill@morrisnichols.com<br>derek-abbott-1155@ecf.pacerpro.com<br>brendan-cornely-701@ecf.pacerpro.com<br>rweidman@morrisnichols.com<br>jlawrence@morrisnichols.com<br>john-lawrence-0804@ecf.pacerpro.com |
| Transform SR Acceptance LLC and certain affiliates | c/o Wachtell, Lipton, Rosen & Katz | Attn: Neil M. Snyder, Esq. & Scott K. Charles, Esq. | skcharles@wlrk.com<br>nmsnyder@wlrk.com |
| U.S. Attorneys Office for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| U.S. Attorneys Office for the District of New Hampshire | Bankruptcy Unit | | usanh.webmail@usdoj.gov |
| U.S. Attorneys Office for the District of South Dakota | Bankruptcy Unit | | usasd.information@usdoj.gov |
| U.S. Attorneys Office for the Southern District of Texas | Houston Division Bankruptcy Unit | | usatxs.atty@usdoj.gov<br>usatxs.bankruptcy-ecf@usdoj.gov |
| Vermont Office of the Attorney General | | | ago.info@vermont.gov |
| Whirlpool | Attn: James J Van De Wege | | james_j_van_de_wege@whirlpool.com<br>lisa_m_kiewel@whirlpool.com<br>nolan_c_obrien@whirlpool.com |
| Wichita County, City of Wichita Falls and Wichita Falls Independent School District | c/o Perdue Brandon Fielder Collins & Mott LLP | Attn: Mollie Lerew | wichitafalls@pbfcm.com<br>mlerew@pbfcm.com |

In re: Sears Authorized Hometown Stores, LLC et al.
Case No. 22-11303 (BLS)

Page 1 of 1